UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

LABLOUNT JOINER-EL, )
 )
            Petitioner, )
vs. ) Case No. 1:17-cv-739-TWP-DML
 )
SUPERINTENDENT, New Castle, )
 Correctional Facility, )
 )
           Respondent. )

**Entry and Order Dismissing Action**

**I.**

This matter is before the Court on the Petition for Writ of Habeas Corpus filed by Petitionerof Lablount Jointer-El ("Jointer-El"); challenging the validity of the prison disciplinary proceeding No. NCF 17-01-073. Jointer-El's petition is denied and this action is dismissed with prejudice for the following reasons: (1) the expanded record shows that all the procedural requirements of *Wolff v. McDonnell,* 418 U.S. 539, 557 (1974), were supplied, and (2) the decision itself was supported by at least "some evidence" as required by *Superintend., Mass. Corr. Inst. v. Hill,* 472 U.S. 445, 454 (1985). Joiner-El has not shown or argued otherwise. In addition, even if an error or irregularity reached the level of constitutional magnitude, the location of the contraband and the ensuing proceedings show that any error was harmless and that Joiner-El was not prejudiced. *Piggie v. Cotton*, 342 F.3d 660, 666 (7th Cir. 2003).

**II.**

Judgment consistent with this Entry shall now issue.

IT IS SO ORDERED.

Date: 8/25/2017

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Electronic distribution to counsel of record via CM/ECF and by U.S. mail to:

LABLOUNT JOINER-EL
961825
NEW CASTLE - CF
NEW CASTLE CORRECTIONAL FACILITY - Inmate Mail/Parcels
1000 Van Nuys Road
NEW CASTLE, IN 47362